**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-30003 |
| Plaintiff - Appellee, | D.C. No. 1:14-cr-00245-PA |
| v. | |
| JULIO GONZALEZ-ZAMUDIO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Oregon
Owen M. Panner, District Judge, Presiding

Submitted September 21, 2015[**]

Before:    REINHARDT, LEAVY, and BERZON, Circuit Judges.

Julio Gonzalez-Zamudio appeals from the district court's judgment and challenges the 57-month sentence imposed following his guilty-plea conviction for illegal reentry, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Gonzalez-Zamudio contends that his sentence is substantively unreasonable in light of (i) the age of his prior conviction, which triggered a 16-level enhancement under U.S.S.G. § 2L1.2(b)(1)(A); (ii) his history and circumstances; and (iii) the fact that he was sentenced to 27 months for a prior illegal reentry. The district court did not abuse its discretion in imposing Gonzalez-Zamudio's sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The sentence at the bottom of the Guidelines range is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Gonzalez-Zamudio's criminal and immigration history. *See Gall*, 552 U.S. at 51.

**AFFIRMED.**